**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 98-7219**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

OLAWALE AKERE, a/k/a Willie,

Defendant - Appellant.

---

**No. 99-7119**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

OLAWALE AKERE, a/k/a Willie,

Defendant - Appellant.

---

Appeals from the United States District Court for the Eastern District of Virginia, at Alexandria. Claude M. Hilton, Chief District Judge. (CR-94-174-A, CA-97-1081-AM)

---

Submitted: November 18, 1999     Decided: November 23, 1999

---

Before WILKINS, HAMILTON, and LUTTIG, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Olawale Akere, Appellant Pro Se.  Thomas More Hollenhorst, Assistant United States Attorney, Bernard James Apperson, III, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Olawale Akere seeks to appeal the district court's orders denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 1999), and declining to allow in camera review of certain documents. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Akere, Nos. CR-94-174-A; CR-94-174-A (E.D. Va. December 17, 1997 & July 22, 1998).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

[*] Although the district court's order is marked as "filed" on July 21, 1999, the district court's records show that it was entered on the docket sheet on July 22, 1999. Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date that the order was entered on the docket sheet that we take as the effective date of the district court's decision. See Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986).

3